[L. A. No. 3323.    In Bank.—July 15, 1913.]

LEON P. LOWE, Substituted for Wm. G. Gallagher, Plaintiff, v. LOS ANGELES SUBURBAN GAS COMPANY et al., Defendants; T. S. C. LOWE et al., as Trustees of the Los Angeles Suburban Gas Company, Appellants; CAROLINE W. DOBBINS, Defendant, Cross-Complainant and Respondent.

CORPORATION—FORFEITURE OF CHARTER FOR NONPAYMENT OF LICENSE-TAX—EFFECT ON PENDING ACTION.—Order refusing to set aside and vacate a judgment, is affirmed for the reasons stated in *Lowe v. Superior Court, ante,* p. 708.

APPEAL from an order of the Superior Court of Los Angeles County refusing to set aside and vacate a judgment. Curtis D. Wilbur, Judge.

The material facts are stated in the opinion in *Lowe* v. *Superior Court, ante,* p. 708.

Oscar A. Trippet, and John E. Biby, for Appellants.

Porter & Sutton, for Respondent.

THE COURT.—This is an appeal from an order refusing to set aside and vacate a judgment. The material facts are stated in the opinion in *Lowe et al.,* v. *Superior Court et al., ante,* p. 708, [134 Pac. 190], (L. A. No. 3279), this day filed. For the reasons stated in such opinion, the order must be affirmed.

The order appealed from is affirmed.